No. 737. ZINK, COMPTROLLER, ET AL. *v.* JERSEY CITY ET AL. January 28, 1946. Petition for writ of certiorari

to the Court of Errors and Appeals of New Jersey denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Benj. C. Van Tine* for petitioners. *Messrs. Charles A. Rooney* and *Charles Hershenstein* for respondents.

